# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

OFFICE OF THE GOVERNOR,

           Petitioner

           v.

LINDSEY WANNER AND THE FAIRNESS CENTER,

           Respondents

: No. 513 MAL 2020
:
:
:
: Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 22nd day of February, 2021, the Petition for Allowance of Appeal is **DENIED**.